DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELAD MORTGAGE GROUP LLC,**
Appellant,

v.

**WELLS FARGO BANK, N.A., AS TRUSTEE ON BEHALF OF THE
HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST
MORTGAGE LOAN PASS-THROUGH CERTIFICATES,
SERIES 2006-12,**
Appellee.

No. 4D22-743

[December 22, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2019-CA-007357-XXXX-MB.

Anya Freeman of the Freeman Law Group, North Miami Beach, for appellant.

Jan Timothy Williams of Lapin & Leichtling, LLP, Jacksonville, and Adam B. Leichtling of Lapin & Leichtling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***